**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     William Perry v. Vickie Reams  Perry

Appellate case number:   01-16-00156-CV

Trial court case number:  12-05-21470

Trial court:             County Court at Law of Waller County

      Appellant, William Perry, is appealing from a post-judgment order granting a motion to appoint a receiver.  The order was signed on January 21, 2016.  Perry filed his notice of appeal on February 17, 2016.  On the same date, Perry filed a motion for extension of time to file his notice of appeal in case this is an accelerated appeal.  This is not an accelerated appeal and thus, the notice of appeal was timely filed.  *See Nwabuisi v. Mohamadi*, No. 04-14-00363-CV, 2015 WL 4554332 at *3 (Tex. App.—San Antonio July 29, 2015, pet. denied) (citing *Thor v. Black*, 443 S.W.3d 170, 179 (Tex. App.—Corpus Christi 2013, no pet.) (holding that orders such as turnover orders appointing receiver are final, appealable orders).  We dismiss as moot the motion for extension of time to file the notice of appeal.

      It is so ORDERED.

Judge's signature: /s/ <u>Harvey Brown</u>
                  ☒  Acting individually

Date:  April 5, 2015